Paul S. Stewart, WSBA #45469
Alex M. Wilson, WSBA #54309
PAINE HAMBLEN LLP
717 West Sprague Avenue, Suite 1200
Spokane, Washington 99201-3505
(509) 455-6000
paul.stewart@painehamblen.com
alex.wilson@painehamblen.com

Attorneys for Plaintiff Cheryl Olson

UNITED STATES DISTRICT COURT
IN AND FOR THE EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| CHERYL OLSON,<br><br>       Plaintiff,<br><br>vs.<br><br>AARP, a Nonprofit Corporation, AARP FOUNDATION, a Nonprofit Corporation, and SANDRA MOORE, an individual<br><br>       Defendant. | No. 2:17 cv-00426-TOR<br><br>**NOTICE OF APPEARANCE** |

TO: THE CLERK OF THE ABOVE-ENTITLED COURT

AND TO: AARP, a nonprofit corporation, AARP FOUNDATION, a nonprofit corporation and SANDRA MOORE, and to your attorney.

YOU AND EACH OF YOU, will please take notice that ALEX M. WILSON, hereby enters his appearance on behalf of the Plaintiff, CHERYL OLSON, in the

NOTICE OF APPEARANCE - 1

above-mentioned action and requests that all further pleadings and papers (except process) be served upon her attorneys, the undersigned, at the address below stated.

DATED this 27th day of November, 2018.

                                        PAINE HAMBLEN LLP

                                        By: /s/ Alex M. Wilson
                                                    Paul S. Stewart, WSBA No. 45469
                                                    Alex M. Wilson, WSBA No. 54309
                                                    Attorneys for Plaintiff Cheryl Olson

# CERTIFICATE OF SERVICE

I HEREBY CERTIFY that on the 27th day of November, 2018, I caused to be served the foregoing **NOTICE OF APPEARANCE** by the method indicated below and addressed to the following:

```
  X   VIA CM/ECF SYSTEM
_____ VIA U.S. MAIL (Postage Prepaid)
_____ VIA OVERNIGHT MAIL
_____ VIA FAX TRANSMISSION
_____ VIA EMAIL
```

Birgitte Marie Gingold
Littler Mendelson PC
600 University Street
Suite 3200
Seattle, WA 98101-3122

Email: bgingold@littler.com

```
  X   VIA CM/ECF SYSTEM
_____ VIA U.S. MAIL (Postage Prepaid)
_____ VIA OVERNIGHT MAIL
_____ VIA FAX TRANSMISSION
_____ VIA EMAIL
```

Peter J. Petesch
Littler Mendelson PC - DC
815 Connecticut Avenue NW
Suite 400
Washington, DC 20006

Email: ppetesch@littler.com

By: /s/ Alex M. Wilson
    ALEX M. WILSON
    WSBA No. 54309
    Attorneys for Plaintiff Cheryl Olson
    Paine Hamblen LLP
    717 W. Sprague Ave., Suite 1200
    Spokane, WA 99201-3505
    (509) 455-6046
    Fax: (509) 838-0007
    E-mail: alex.wilson@painehamblen.com

I:\SPODOCS\99905\01216\PLEAD\1759139