UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| CHERYL OLSON,<br><br>    Plaintiff,<br><br>vs.<br><br>AARP FOUNDATION, a Nonprofit Corporation, and SANDRA MOORE, an individual,<br><br>    Defendants. | NO: 2:17-CV-0426-TOR<br><br>ORDER ON VOLUNTARY DISMISSAL WITH PREJUDICE |

BEFORE THE COURT is the parties' Stipulated Motion to Dismiss with Prejudice (ECF No. 122). The stipulation is filed pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii) and provides that the Court is to enter an order dismissing all of the claims and causes of action in the above-captioned case with prejudice and without costs or attorneys' fees to any party. The Court has reviewed the record and files herein, and is fully informed.

ORDER ON VOLUNTARY DISMISSAL WITHOUT PREJUDICE ~ 1

**ACCORDINGLY, IT IS HEREBY ORDERED**:

Pursuant to Rule 41(a)(1)(A)(ii) and the parties' stipulation, all of the claims and causes of action in the above-captioned case are **DISMISSED** with prejudice and without costs or attorneys' fees to any party.

Any other pending motion is denied as moot.

The District Court Executive is directed to enter this Order and Judgment accordingly, furnish copies to counsel, and **CLOSE** the file.

**DATED** September 30, 2019.



*s/ Thomas O. Rice*
THOMAS O. RICE
Chief United States District Judge

ORDER ON VOLUNTARY DISMISSAL WITHOUT PREJUDICE ~ 2